matter of condemnation, and as there may arise the question of what would be due compensation, we think the findings made by the learned trial justice amply protect the plaintiff from the payment of any excessive or improper sum. Present — Kelly, P. J., Jaycox, Manning, Young and Lazansky, JJ.

BENJAMIN COHEN, Respondent, v. LOUISE B. DE MOTT, Appellant.— Motion to dismiss appeal denied. Present — Kelly, P. J., Jaycox, Manning, Young and Lazansky, JJ.

JACOB DUNN, Respondent, v. ALBERT BERMAN and ISAAC BERMAN, Appellants.— Motion to dismiss appeal denied on condition that appellants perfect the appeal for the November term (for which term the case is set down), and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Kelly, P. J., Jaycox, Manning, Young and Lazansky, JJ.

EDWARD A. FRIES, Respondent, v. HENRY J. SENGER, Appellant.— Motion to dismiss appeal denied on condition that appellant perfect the appeal for the November term (for which term the case is set down), and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Kelly, P. J., Jaycox, Manning, Young and Lazansky, JJ.

A. H. GILDERSLEEVE, Respondent, v. SAMUEL GINSBURG and Others, Appellants.— Motion to dismiss appeal granted for failure on the part of appellants to show merit in the appeal, as required by rule 12.* Present — Kelly, P. J., Jaycox, Manning, Young and Lazansky, JJ.

HENRY E. GOLDIN, Appellant, v. EMANUEL RAMORE and Others, Respondents. — Motion to dismiss appeal denied on condition that appellant perfect the appeal for the November term (for which term the case is set down), and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Kelly, P. J., Jaycox, Manning, Young and Lazansky, JJ.

FREDERICK J. GRACE, Appellant, v. WILLIAM H. OLIVER, Respondent.— Motion to stay receiver from disposing of real property granted by consent. Present — Kelly, P. J., Jaycox, Manning, Young and Lazansky, JJ.

JOHN GUTTMAN, Appellant, v. SHENK REALTY AND CONSTRUCTION COMPANY, Respondent.— Motion for reargument denied. Present — Kelly, P. J., Jaycox, Manning, Young and Lazansky, JJ.

HIERONIMUS A. HEROLD, etc., Respondent, v. ALEXANDER E. LAWSON and INTERALLIED PHARMACAL CORPORATION, Appellants, etc.— Motion for reargument granted, and, on such reargument, motion to strike out certain provisions from the order granted. Present — Kelly, P. J., Jaycox, Manning, Young and Lazansky, JJ. Settle order on notice.

KATHARINE D. HUFF, Appellant, v. MABEL HUFF and Others, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Jaycox, Manning, Young and Lazansky, JJ.

In the Matter of the Petition of the FARMERS' LOAN AND TRUST COMPANY to Render and Settle Its Account as Substituted Trustee under the Last Will and Testament of ARTHUR L. MASON, Deceased. CHARLOTTE H. MASON, as Administratrix, etc., Appellant; HENRY E. MASON, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Jaycox, Manning, Young and Lazansky, JJ.

---

* See App. Div. Rules, 2nd Dept., rule 12.— [REP.